IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY J. LUGO,  )
        Plaintiff(s),  )  No. C 06-0266 CRB (PR)
    vs.  )  ORDER OF DISMISSAL
JEANNE S. WOODFORD, et al.,  )
        Defendant(s).  )

        Plaintiff, a prisoner at Salinas Valley State Prison ("SVSP") and a frequent litigant in federal court, filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging that the grievance process of the California Department of Corrections and Rehabilitation ("CDCR") does not work, that he is being denied weekly access to the prison law library and that he was placed in administrative segregation on false grounds.  Plaintiff also sought to proceed in forma pauperis under 28 U.S.C. § 1915.

        Per order filed on January 25, 2006, the court found that 28 U.S.C. § 1915(g) bars plaintiff from proceeding in forma pauperis in this action because plaintiff: (1) has had three or more prior prisoner actions dismissed by a federal district court on the grounds that they are frivolous, malicious, or fail to state a claim upon which relief may be granted; and (2) is not seeking relief from a danger of serious physical injury which is imminent at the time of filing.  Jan. 25, 2006 Order at 2 (citing cases).

1 Pursuant to the law of the circuit, plaintiff nonetheless was afforded an opportunity to persuade the court that § 1915(g) does not bar pauper status for him. Id. (citing Andrews v. King, 398 F.3d 1113, 1120 (9th Cir. 2005)). The court gave plaintiff 30 days to "show cause why § 1915(g) does not bar pauper status for him," and explained that "[f]ailure to show cause, or pay the requisite $ 250.00 filing fee, within the designated time will result in the dismissal of this action without prejudice to bringing it in a new paid complaint." Id. at 2-3.

Plaintiff has filed a "petition to show cause that § 1915(g) does not bar pauper status for [him.]" In it, he simply reiterates the allegations of his complaint and in no persuasive manner shows that § 1915(g) does not bar pauper status for him. The action accordingly is DISMISSED without prejudice to bringing it in a paid complaint.

The clerk shall enter judgment in accordance with this order and close the file. No fee is due.

SO ORDERED.

DATED: March 6, 2006

CHARLES R. BREYER
United States District Judge